**No. 61295.**—Brioner & Co., Inc., et al. *v.* United States, protests 296392–K, etc. (New York).

Opinion by Johnson, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as not found. The protests were sustained to this extent.

OCTOBER 25, 1957

**No. 61296.**—Suit 4928.—United States *v.* Hoyt, Shepston & Sciaroni.—━━━━━
━━━━━━━━━━━━━━—A. R. D. 74.
(Appeal dismissed October 10, 1957.)

BEFORE THE FIRST DIVISION, OCTOBER 30, 1957

**No. 61297.**—Charles A. Redden, Inc., and Ronson Art Metal Works et al. *v.* United States, protests 236741–K, etc. (New York).

Opinion by Oliver, C. J. It was stipulated that the invoice items marked "A," "B," "C," "D," "E," "F," "G," "H," "J," "K," or "L," "in their condition as imported, are dedicated to use as parts of table, desk, or pocket lighters, and are in fact used together with other parts of domestic origin to make table lighters, desk lighters and pocket lighters, and no other articles"; that none of the said items is used exclusively as parts of pocket lighters; and that all of the lighters, of which these items are parts, are smokers' articles. On the record presented and following *The American Import Co.* v. *United States*, 39 Cust. Ct. 9, C. D. 1894, the claim of the plaintiffs was sustained.